# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-140-655

**Effective date of registration:**

May 7, 2013

## Title
- **Title of Work:** Bob Dylan and His Band and Travels

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** David Gordon Oppenheimer
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1970

## Copyright claimant
- **Copyright Claimant:** David Gordon Oppenheimer
- P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions
- **Organization Name:** Performance Impressions LLC
- **Name:** David Gordon Oppenheimer
- **Email:** dave@performanceimpressions.com
- **Telephone:** 828-273-9339
- **Address:** P.O. Box 8105
- Asheville, NC 28814 United States

## Certification
- **Name:** David Gordon Oppenheimer
- **Date:** May 7, 2013

SR # 1-931625682

Page 1 of 1