

Case 1:16-cv-00284-MR Document 1-3 Filed 08/23/16 Page 1 of 1

EXHIBIT 2