

# LANCASTER LAW FIRM, PLLC

ABOUT THE FIRM    AREAS OF PRACTICE    OUR TEAM    CONTACT



Welcome to the Lancaster Law Firm in Asheville, NC. Although we primarily practice real estate law in Western North Carolina, we would love to assist you with other services that we offer. Please take a look at who we are, and check out our Areas of Practice, and let us know how we can help.

56 Central Ave., STE 203
Asheville, N.C.

Ph. 828.505.8514



EXHIBIT 3