

Case 1:16-cv-00284-MR   Document 1-5   Filed 08/23/16   Page 1 of 2

EXHIBIT 4

