| | |
|---|---|
| **From:** | Zeno Lancaster <zeno@lancasterlawfirm.com> |
| **Sent:** | Friday, August 19, 2016 8:36 PM |
| **To:** | Dana LeJune |
| **Cc:** | Davinia Duncan; Paula Taylor; Scott Francis |
| **Subject:** | Re: Your Copyright Infringement of Oppenheimer Photo |

Don't know anything about this. We don't use that image and never have. Thanks.

Sent from my iPhone. Please excuse the brevity of the message and any typos.

On Aug 19, 2016, at 7:10 PM, Dana LeJune <dlejune@triallawyers.net> wrote:

> Dear Mr. Lancaster:
>
> Please see attached correspondence and spoliation notice.
>
> If you want to discuss, give me a call.
>
>
> Dana Andrew LeJune
> Board-Certified, Civil Trial Lawyer
> 6525 Washington Avenue
> Suite 300
> Houston, Texas 77007
> 713.942.9898 Office
> 713.942.9899 Facsimile
> **Licensed in the States of**
> **Texas and North Carolina**
> "Zealous Representation"
> WWW.TRIALLAWYERS.NET
> WWW.COPYRIGHTSUIT.NET
> Rated AV® *Preeminent*™ by Martindale-Hubbell
>
> **He who *will* not reason, is a bigot; he who *can*not is a fool; and he who dares not is a slave.**
>   **-- Sir William Drummond.**
>
>
> <Cease, Desist & Request for Information.pdf>
> <NOTICE CONCERNING RETENTION OF POTENTIALLY RELEVANTDOCUMENTS BEFORE COUNSEL RETAINED.pdf>